# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009



*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, III, Thomas S. | U.S. District Court, E.D. Va. | 07/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square <br> 9th Floor <br> Alexandria, VA 22314-5799 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 2. Member | Judicial Conference Advisory Committee on Appellate Rules (and Sealing Subcommittee) |
| 3. Member | Judicial Advisory Council on International Family Abduction |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUL 19 A 9: 31 RECEIVED

Ellis III, Thomas S.

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Albemarle County Public Schools - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Wachovia Bank Accts | A | Interest | K | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. Calamos Growth Fd A | | None | | | Sold | 9/16/09 | J | A | |
| 5. Cambiar Opp Fd | | None | J | T | Buy | 9/17/09 | J | | |
| 6. Cambiar Opp Fd | | None | J | T | Sold (part) | 11/4/09 | J | A | |
| 7. FMI FDS Focus Fd | | None | | | Sold | 9/17/09 | J | A | |
| 8. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 4/4/09 | J | A | |
| 9. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 5/1/09 | J | A | |
| 10. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 6/2/09 | J | A | |
| 11. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 7/1/09 | J | A | |
| 12. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 8/1/09 | J | A | |
| 13. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 9/2/09 | J | A | |
| 14. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 9/21/09 | J | A | |
| 15. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Sold (part) | 10/9/09 | J | A | |
| 16. Hotchkiss & Wiley Mid Cap Value I | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |
| 17. Hotchkiss & Wiley Mid Cap Value I | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Julius Baer Int'l Equity I | | None | | | Sold | 4/4/09 | J | A | |
| 19. Kinetics Sm Cap Opp I | | None | | | Sold | 9/16/09 | J | A | |
| 20. Kinetics Paradigm Fd - I | | None | | | Sold | 9/16/09 | J | A | |
| 21. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 22. Legg Mason Value Trust | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 23. Royce Total Return Fd CLW | | None | | | Sold | 9/16/09 | J | A | |
| 24. TCW Fds Select Equities Fd I | | None | | | Sold | 9/16/09 | J | A | |
| 25. Blackrock Lg Cap Value Fd | A | Dividend | | | Sold | 9/16/09 | J | A | |
| 26. Blackrock Lg Cap Core Fd | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 27. Columbia Fds Tr Marsico 21st Century Fd CLA | | None | | | Sold | 9/16/09 | J | A | |
| 28. Dodge & Cox Int'l Stock Fd | | None | | | Sold | 9/16/09 | J | A | |
| 29. DWS Dreman Sm Cap Value CLS | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |
| 30. DWS Dreman Sm Cap Value CLS | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 31. Fidelity Advisor Ser I Lev Co Stock Fd | | None | | | Sold | 9/16/09 | J | A | |
| 32. Quantitative Grp Fds Foreign Value Fd Ord SHS | | None | J | T | Buy | 9/17/09 | J | | |
| 33. RS Invt TR Global Natural Res Fd CLA | | None | | | Sold | 9/16/09 | J | A | |
| 34. Artio Int'l Equity Fd CL I | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

| | | | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|
| 35. | Artio Int'l Equity Fd CL I | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 36. | Security EQ Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |
| 37. | Security EQ Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 38. | T Rowe Price Mid Cap Growth Fd | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |
| 39. | T Rowe Price Mid Cap Growth Fd | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 40. | Touchstone Large Cap Growth Fd CL I | | None | J | T | Sold (part) | 9/21/09 | J | A | |
| 41. | Wells Fargo Fds Tr Small Cap Growth Fd Admin CL | | None | J | T | Sold (part) | 9/16/09 | J | A | |
| 42. | Delaware Grp Advisor Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 43. | John Hancock Classic Value Fd CL I | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 44. | Harbor Int'l Instl CL | A | Dividend | J | T | Sold (part) | 9/16/09 | J | A | |
| 45. | Harbor Int'l Instl CL | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 46. | Oppenheimer Int'l Growth Fd CL Y | A | Dividend | J | T | Sold (part) | 9/21/09 | J | A | |
| 47. | Morgan Stanley Instl Fd Tr Mid Cap Growth Port I | A | Dividend | J | T | Buy | 9/16/09 | J | | |
| 48. | Pimco Fds PAC Invt Mgmt Ser-Comm Real Ret Strdt Fd Instl CL | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 49. | AIM Global Real Est Fd CL Y | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 50. | Park Ave Portfolio RS Emerg Mkts Fd CLA | A | Dividend | J | T | Buy | 9/17/09 | J | | |
| 51. | IRA #2 | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baron Select Partners | A | Dividend | | | Sold | 1/20/09 | J | A | |
| 53. Blackrock Large Cap Val A | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 54. Blackrock Large Cap Val A | A | Dividend | | | Sold | 8/26/09 | J | A | |
| 55. Bridgeway Ultra-Small Co | | None | | | Sold | 1/20/09 | J | A | |
| 56. Touchstone Inst'l Fds Tr Sands Cap Instl Growth | | None | | | Sold | 1/23/09 | J | A | |
| 57. Diamond Hill Sm Cap Fd A | | None | J | T | Sold (part) | 8/24/09 | J | A | |
| 58. Diamond Hill Sm Cap Fd A | | None | J | T | Buy | 1/20/09 | J | | |
| 59. Diamond Hill Sm Cap Fd A | | None | J | T | Buy | 1/23/09 | J | | |
| 60. Dodge & Cox Int'l Stock Fd | | None | | | Sold | 1/20/09 | J | A | |
| 61. Hotchkiss & Wiley Cor Val I | A | Dividend | | | Sold | 8/24/09 | J | A | |
| 62. Janus Mid Cap Val Fd Inst | | None | | | Sold | 1/20/09 | J | A | |
| 63. Julius Baer Int'l Equity II | | None | | | Sold | 1/20/09 | J | A | |
| 64. Kinetics S/C Opp Inst'l | A | Dividend | | | Sold | 8/26/09 | J | A | |
| 65. Munder M/C Core Growth Y | | None | | | Sold | 1/23/09 | J | A | |
| 66. NUVN Trdwnds Int'l Val R | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 67. Natnwde Mut S/C Fd CL A | | None | | | Sold | 1/20/09 | J | A | |
| 68. Pioneer-Cullen Value Y | | None | | | Sold | 1/20/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Ellis, III, Thomas S. | | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Sunamer Foc SC Growth CL A | | None | | | Sold | 1/10/09 | J | A | |
| 70.  CRM Mid Cap Val Inst'l | | None | | | Sold | 1/10/09 | J | A | |
| 71.  Wells Fargo Adv End SL-I | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 72.  GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Sold (part) | 7/10/09 | J | A | |
| 73.  GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 74.  GS Finl Sq Mmkt Inst'l | A | Dividend | J | T | Sold (part) | 10/9/09 | J | A | |
| 75.  Keeley Small Cap Value CLA | | None | | | Sold | 1/10/09 | J | A | |
| 76.  RS Invt TR Global Natural Res Fd CLA | | None | | | Sold | 8/24/09 | J | A | |
| 77.  SSGA Fds Int'l Stock SEL | | None | | | Sold | 8/24/09 | J | A | |
| 78.  ABRDN Small Cap Fd A | | None | | | Sold | 1/22/09 | J | A | |
| 79.  TIAA-Cref Inst'l Int'l Eq Fd | | None | | | Sold | 1/22/09 | J | A | |
| 80.  Touchstone Large Cap Grwth Fd CL I | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 81.  Managers Times Sq M/C GRW-PR | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 82.  American Centy Mut Fds Amer Centy Vista P | | None | J | T | Sold (part) | 8/24/09 | J | A | |
| 83.  Blackrock Fds Int'l Opp Instl CL B | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 84.  Cambiar Opp Fd | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 85.  RS Invstmt Fds Emerging Mkts Fd A | | None | . | | Sold | 1/10/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. John Hancock Classic Value Fd CL I | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 87. Harbor Int'l Inst'l CL | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 88. Hartford Int'l Growth Fd | | None | | | Sold | 8/24/09 | J | A | |
| 89. Hotchkiss & Wiley Fds Mid Cap Value Fd CL I | A | Dividend | J | T | Buy | 8/25/09 | J | | |
| 90. Legg Mason Value Tr Inc Nav Value Trust | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 91. Neuberger & Berman Small Cap Growth Fd | | None | | | Sold | 8/24/09 | J | A | |
| 92. Security Equity Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Sold (part) | 8/24/09 | J | A | |
| 93. Satuit Capital Micro Cap Fd | | None | | | Sold | 8/24/09 | J | A | |
| 94. Wells Fargo FDS TR Small Cap Growth Fd Adm | | None | J | T | Sold (part) | 8/24/09 | J | A | |
| 95. AIM Global Real Estate FD CL Y | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 96. Blair Williams Fds Intl Growth Fd CL I | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 97. Blackrock Large Cap Ser Fds Core Fd | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 98. Park Ave Portfolio RS Emerging Mkts Fd CLA | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 99. Artio Global Invt Fds Int'l Equity Fd II CL I | A | Dividend | J | T | Buy | 8/24/09 | J | | |
| 100. PIMCO Fds PAC Invt Mgmt Ser-Comm | A | Dividend | J | T | Buy | 8/24/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S. | 07/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS[...]  REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544